Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Steve Weitman,

        Plaintiff

    v.

Jim Weitman, et al.

        Defendant

Case No. 3:12-cv-00499-MO

**EXHIBIT AND WITNESS LIST**

| Date(s) of Hearing/Trial | 4/29/14, 4/30/14, and 5/1/14 |
|---|---|
| Court Reporter(s) | Bonita Shumway |
| Deputy Clerk(s) | Dawn Stephens |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Linda L. Marshall | Hafez Daraee |

| Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | 4/29 | **Steve Weitman** | Pla |
| 6 | X | R | | | | | #6 - Amendment to Operating Agreement | |
| 1 | X | R | | | | | #1 - Operating Agreement | |
| 8 | X | R | | | | | #8 - Weitman Excavation 2006 Partnership Tax Return | |
| 10 | X | R | | | | | #10 - Weitman Excavation 2007 Tax Return | |
| 17 | X | R | | | | | #17 - October 28, 2008 1735 email S Weitman to J Weitman | |
| 27 | X | R | | | | | #27 - April 22, 2009 1423 email Seymour to S Weitman, J Weitman with attachment | |
| 25 | X | R | | | | | #25 - April 22, 2009 1415 email S Weitman to J Weitman | |
| 50 | X | R | | | | | #50 - December 31, 2009 Weitman Excavation Financial Statements | |

R=Received; N=Not Received; W=Withdrawn/Not Offered         (12-499 TrialWitExhList ORFull.wpd)

**EXHIBIT AND WITNESS LIST**
**(Continued)**                                       pg. __2__

| Case No. 3:13-cv-00499-MO | | | Title Weitman v. Weitman, et. al. | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 29 | X | R | | | | | #29 - April 22, 2009 1529 email S Weitman to Seymour | |
| 34 | X | R | | | | | #34 - April 23, 2009 1337 email S Weitman to Seymour | |
| 33 | X | R | | | | | #33 - April 23, 2009 1429 email S Weitman to Seymour | |
| 36 | X | R | | | | | #36 - April 24, 2009 1030 email Seymour to J Weitman | |
| 39 | X | R | | | | | #39 - April 24, 2009 Minutes of Members' Meeting | |
| 40 | X | R | | | | | #40 - April 24, 2009 Second Amendment to Operating Agreement | |
| 41 | X | R | | | | | #41 - April 24, 2009 Purchase Agreement | |
| 139 | X | R | | | | | #139 - Steve Weitman's unpaid Wages during Employment | |
| 47 | X | R | | | | | #47 - December 17, 2009 0850 email S Weitman to J Weitman | |
| 49 | X | R | | | | | #49 - December 31, 2009 Profit and Loss Statement | |
| 56 | X | R | | | | | #56 - June 8, 2010 email S Weitman to J Weitman requesting meeting re salary | |
| 57 | X | R | | | | | #57 - July 7, 2010 email S Weitman to J Weitman re compensation | |
| 58 | X | R | | | | | #58 - July 13, 2010 email S Weitman to J Weitman re wage | |
| 139 | X | R | | | | | #139 - Steve Weitman's unpaid Wages during Employment | |
| 51 | X | R | | | | | #51 - Weitman Excavation 2009 Partnership Tax | |
| 52 | X | R | | | | | #52 - 2009 W-2 for S Weitman | |
| 59 | X | R | | | | | #59 - August 20, 2010 Cash Payments and Receipts | |

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __3__

| Case No. | | | | | | Title | | |
|---|---|---|---|---|---|---|---|---|
| 3:13-cv-00499-MO | | | | | | Weitman v. Weitman, et. al. | | |
| Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 140 | X | R | | | | | #140 - Steve Weitmans's unpaid Wages after Termination | |
| | | | | | | | 139 | |
| 93 | X | R | | | | | #93 - Partner's guarantee payments | |
| | | | | | | | 51.1 | |
| 104 | X | R | | | | | #104 - November 17, 2010 CCB License for Weitman Inc. | |
| 62 | X | R | | | | | #62 - September 1, 2010 List of Jobs | |
| 113 | X | R | | | | | #113 - December 13, 2010 "Dear Client" resume | |
| 148 | X | R | | | | | #148 - 2011 S Weitman's Federal Tax Return | |
| 149 | X | R | | | | | #149 - 2012 S Weitman's Federal Tax Return | |
| 150 | X | R | | | | | #150 - 2013 S Weitman's Federal Tax Return | |
| | | | | | | 4/30 | **Steve Weitman**, continued | Def |
| 138 | X | R | | | | | #138 - Worksheet of 2009 to 2013 profit unpaid to S Weitman | |
| | | | | | | | 51 | |
| | | | | | | | 50 | |
| | | | | | | | 51 | |
| 94 | X | R | | | | | #94 - 2009 S Weitman Federal Tax Return | |
| 54 | X | R | | | | | #54 - January 12, 2010 email J Weitman to S Weitman re access to records | |
| 13 | X | R | | | | | #13 - February 25, 2008 0642 email s Weitman to J Weitman | |
| 48 | X | R | | | | | #48 - December 23, 2009 0940 email Seymour to J | |
| 24 | X | R | | | | | #24 - March 11 2009 1520 email S Weitman to J Weitman | |
| | | | | | | | 25 | |

R=Received; N=Not Received; W=Withdrawn/Not Offered             (12-499 TrialWitExhList ORFull.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 4

| Case No. 3:13-cv-00499-MO | | | | | | | Title: Weitman v. Weitman, et. al. | |
|---|---|---|---|---|---|---|---|---|
| **Ptf** | | | **Def** | | | Date | **WITNESS / EXHIBIT DESCRIP** | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | 29 | |
| | | | | | | | 34 | |
| | | | | | | | 1 | |
| | | | | | | | 104 | |
| | | | 527 | X | R | | #527 - Rescom Work Experience #1 | |
| | | | 529 | X | R | | #529 - Timberline Electrical Contractors Invoice #2253 2/21/2011 Bill To: Weitman Excavation | |
| 72 | X | R | | | | | #72 - February 17, 2011 email S Weitman to J Weitman re Rescom | |
| 120 | X | R | | | | | #120 - January 17, 2011 Request for Bid – VA Hospital parking structure | |
| | | | 523 | X | R | | #523 - Steve Weitman's Email Request for Pay Increase 7-13-10 | |
| | | | | | | | 1 | |
| 137 | X | R | | | | | #137 - October 31, 2011 email J Weitman to Justin Phillips re Heavy Bid install | |
| | | | | | | 4/30 | **Jim Weitman's** Deposition read by Charles Marshall | |
| | | | | | | 4/30 | **Shane Glasgow** | Pla |
| 107 | X | R | | | | | #107 - Rescom Construction webpage | |
| | | | | | | | 107 | Def |
| | | | | | | 4/30 | **Jeffrey Seymour** | Def |
| | | | | | | | 41 | |
| | | | | | | | 36 | |
| | | | | | | | 36 | Pla |
| | | | | | | | 41 | |
| | | | | | | 4/30 | **Tyler Young** | Def |

R=Received; N=Not Received; W=Withdrawn/Not Offered    (12-499 TrialWitExhList ORFull.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 5

| Case No. | | | | | | Title | | |
|---|---|---|---|---|---|---|---|---|
| 3:13-cv-00499-MO | | | | | | Weitman v. Weitman, et. al. | | |
| Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | 50 | |
| | | | | | | | 51 | |
| 8 | X | R | | | | | #8 - Weitman Excavation 2006 Partnership Tax Return | Pla |
| | | | | | | | 1 | |
| | | | | | | | 10 | |
| 20 | X | R | | | | | #20 - Weitman Excavation 2008 Partneship Tax Return | |
| | | | | | | | 51 | |
| | | | | | | | 148 | |
| | | | | | | | 150 | |
| | | | | | | | 149 | |
| | | | | | | 5/1 | **James G. Weitman** | Def |
| | | | | | | | 10 | |
| | | | | | | | 20 | |
| | | | | | | | 51 | |
| | | | 518 | X | R | | #518 - Weitman Excavation Cash Acct. 2010 | |
| | | | 517 | X | R | | #517 - Weitman Excavation Cash Acct. 2009 | |