## Juror Question Form

### INSTRUCTIONS FOR ASKING A QUESTION

You may propose questions in order to clarify the testimony, but you are not to express any opinion about the testimony or argue with a witness. If you propose any questions, remember that your role is that of a neutral fact finder, not an advocate. Do not sign this form.

Question: Attorney used the term CCB, licensed can he please clarify that term and how it's used.

※ Can Attorney turn on microphone or get closer to it. Allow us a second longer to capture a view of the document.

*For court staff only:*
Case Name: Wutman vs Wutman   Case Number: 3:12-cv-499
Date: 4/30/14   Time: 10:53   Court Exhibit Number: A

Was the bond actually needed or required to bid or perform the Hoffman job?

3:12cv499MO
Jury Note B
3:43pm 4-30-14