IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STEVE WEITMAN**,

        Plaintiff,

   v.

**JIM WEITMAN, WEITMAN
EXCAVATION, LLC, an
Oregon limited liability company,**
and **DOES 1 through 5**,

        Defendants.

No. 3:12-cv-00499-MO

JUDGMENT

**MOSMAN, J.**,

    Judgment is entered in favor of Plaintiff and against Defendants Jim Weitman and Weitman Excavation, LLC pursuant to the parties' settlement stated on the record on May 1, 2014.  Pursuant to the aforementioned settlement, Plaintiff is to receive $100,000 within seven days of May 1, 2014; an additional $100,000 within sixty days of May 1, 2014; and an additional $150,000 shall be paid over three years, *either* at a minimum of $50,000 per year *or* in the amount of ten percent of the profitability of Weitman Excavation, LLC per year, whichever

1 – JUDGMENT

amount is greater.  In total, Plaintiff shall receive no less than $350,000 pursuant to the settlement.

    IT IS SO ORDERED.

    DATED this   30   day of June, 2014.

                                                    /s/Michael W. Mosman
                                                    MICHAEL W. MOSMAN
                                                    United States District Judge

2 – JUDGMENT